Robert Lipscomb, Plaintiff in Error, v. State of Florida, Defendant in Error.

Writ of Error to a judgment of the Circuit Court for the County of Brevard.

W. I. Metcalf, for Plaintiff in Error.

Attorney General, for the State.

Writ of Error dismissed November 21st, 1911, on motion of the Attorney General.

---

David F. Mitchell, Appellant, v. Harry Mason, Appellee.

Appeal from the Circuit Court for Duval County.

D. C. Campbell, for Appellant.

Alex. St. Clair-Abrams, for Appellee.

Appeal dismised December 5th, 1911, on motion of counsel for Appellant.